IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,              )
                                       )              8:07CR187
            Plaintiff,                 )
                                       )
    vs.                                )                ORDER
                                       )
RAYMOND DAVID HARTZ,                   )
                                       )
            Defendant.                 )


     The court has been presented a Financial Affidavit (CJA Form 23)
signed by the above-named defendant in support of a request for appointed
counsel.   After a review of the Financial Affidavit, I find that the
above-named defendant is eligible for appointment of counsel pursuant to
the Criminal Justice Act, 18 U.S.C. §3006A, and the Amended Criminal
Justice Act Plan for the District of Nebraska.

     **IT IS ORDERED:**

     Horacio J. Wheelock is appointed to represent the above named
defendant in this matter and shall forthwith file an appearance in this
matter.

     **IT IS FURTHER ORDERED** that counsel's appointment herein is made
pursuant to 18 U.S.C. §3006A(f).  At the time of the entry of judgment
herein, defendant shall file a current and complete financial statement
to aid the court in determining whether any portion of counsel's fees and
expenses should be reimbursed by defendant.

     **IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this
order to the Federal Public Defender and Horacio J. Wheelock.

     DATED this 25th day of July, 2007.

                              BY THE COURT:


                              s/ Thomas D. Thalken
                              United States Magistrate Judge